JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>v.<br><br>KENNETH RENFROE,<br><br>                                  Defendant. | Case No. 5:24-cv-01886-SB-SP<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

Having considered the parties' Stipulation to Dismiss the United States' Complaint Pursuant to Fed. R. Civ. P. 41(a)(2) and Retain Jurisdiction to Enforce Settlement Agreement, IT IS ORDERED THAT:

(1) The United States' claims are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2); and

(2) The Court retains jurisdiction to enforce the terms of the Parties' Settlement Agreement.

Dated:  February 21, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1